In the Matter of Susan F. Collum, Formerly Known as Susan L. Kelley, Respondent, v Scott S. Kelley, Appellant. (Appeal No. 2.) [691 NYS2d 809] —Order unanimously reversed on the law without costs. Same Memorandum as in *Matter of Collum v Kelley* (262 AD2d 1057 [decided herewith]). (Appeal from Order of Onondaga County Family Court, Paris, J.—Visitation.) Present—Pine, J. P., Lawton, Pigott, Jr., Hurlbutt and Scudder, JJ.